IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GABRIEL G. QUINTANA,

    Petitioner,

v.                                                        Civ. No. 18-469 KG/GJF

JAMES MULHERON, Warden, and
HECTOR H. BALDERAS, Attorney
General for the State of New Mexico

    Respondents.

## FINAL JUDGMENT

THIS MATTER comes before the Court on the "Order Adopting Magistrate Judge's Proposed Findings and Recommended Disposition" ("Doc. 26) ("Order"). In the Order, the Court denied Petitioner's "Petition under 28 U.S.C. 2254 for a Writ of Habeas Corpus" (Doc. 1). The Order dismissed the petition with prejudice. Accordingly, the Court enters final judgment.

IT IS ORDERED that final judgment is entered, and this action dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE