IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GABRIEL GEORGE QUINTANA,

    Petitioner,

v.                                                      Civ. No. 18-469 KG-GJF

FNU MULHERON, and
ATTORNEY GENERAL OF THE STATE OF NEW MEXICO,

    Respondents.

## ORDER DENYING *IN FORMA PAUPERIS* MOTION

This matter is before the Court on Gabriel George Quintana's Application for Free Process on Appeal (Application). (Doc. 34). Quintana seeks to prosecute his 28 U.S.C. § 2254 habeas appeal without prepaying the $505 filing fee. *Id.* at 2-3. The Motion also appears to ask this Court not to rule on the *in forma pauperis* request until he gathers more information about an appeal. *Id.* at 1. Quintana timely appealed the Judgment denying habeas relief, and the Tenth Circuit affirmed the ruling and granted *in forma pauperis* relief on appeal. (Doc. 41) at 11. Hence, the motion pending before this Court is moot.

IT IS ORDERED that the Application for Free Process on Appeal (Doc. 34) is denied as moot.

                                                                          _____
                                                                          UNITED STATES DISTRICT JUDGE